IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN ZACKARY GILBRIDGE-WONDERLIN,**<br>           Plaintiff,<br><br>          v.<br><br>**HOME DEPOT U.S.A., INC.,** doing business as **"THE HOME DEPOT,"**<br>           Defendant. | **CIVIL ACTION**<br><br><br><br>**NO.  24-4596** |

## ORDER FOR RULE 16 CONFERENCE

**AND NOW**, this 18th day of September, 2024, **IT IS ORDERED** that a Fed. R. Civ. P. 16 conference shall be held by videoconference on October 23, 2024 at 11:00 a.m.  Counsel for the parties shall participate using information which will be provided by Chambers.

**IT IS FURTHER ORDERED** as follows:

1.     The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within fourteen (14) days of the date of this Order;

2.     The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference; and

3.     After consultation with counsel for all parties, counsel shall complete the required Report of Rule 26(f) Meeting and file the same with the Clerk of Court at least seven (7) days prior to the Rule 16 conference.  Counsel shall incorporate all the information described in Judge Hodge's form Report, which can be found at paed.uscourts.gov.

                                                                                    **BY THE COURT:**

                                                                                    /s/ Hon. Kelley B. Hodge
                                                                                    _____
                                                                                         **HODGE, KELLEY B., J.**