IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**REIDENBACH & ASSOCIATES, LLC**　　　　*Counsel for Plaintiff*,
By: Scott R. Reidenbach, Esq.　　　　　　　John Zackary Gilbridge-Wonderlin
　　　Jarrett J. Donaghy, Esq.
Attorney I.D. Nos. 81388 and 334279
229 W. Wayne Ave.
Wayne, PA 19087
(610) 572-7075 TEL
(484) 268-1791 FAX
scott@reidenbachlaw.com
jarrett@reidenbachlaw.com

---

**JOHN ZACKARY GILBRIDGE-WONDERLIN** :
　　　　　*Plaintiff*,　　　　　　　　　　:　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　NO. 24-4596
**HOME DEPOT U.S.A., INC. d/b/a**　　　　:
**THE HOME DEPOT**　　　　　　　　　　 :
　　　　　*Defendant.*　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:

---

**STIPULATION BETWEEN COUNSEL TO CAP
PLAINTIFF'S DAMAGES AT $50,000.00 OR UNDER AND
REMAND TO PHILADELPHIA COUNTY COURT OF COMMON PLEAS**

　　　Plaintiff, John Zackary Gilbridge-Wonderlin (the "Plaintiff") and Defendant, Home Depot U.S.A., Inc. d/b/a The Home Depot (the "Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff's total damages, inclusive of all direct, incidental, consequential, interest, attorneys fees, treble, fees, and costs shall not exceed $50,000 and any arbitration panel, judge, or jury shall not award more than $50,000 of total damages.  This stipulation and agreement that total damages shall not exceed $50,000 shall remain in effect throughout any appeals including any appeals from compulsory arbitration that would otherwise not limit damages at $50,000.  Plaintiff and Defendant, by and through their undersigned counsel, also hereby stipulate to remand this matter back to the Philadelphia County Court of Common Pleas.

**REIDENBACH & ASSOCIATES, LLC**　　　　　**HIGH SWARTZ, LLP**

By: _____　　By: _____
　　Scott R. Reidenbach, Esq.　　　　　　　　　Kevin Cornish, Esq.
　　Attorney for Defendant,　　　　　　　　　　Attorney for Defendant,
　　John Zackary Gilbridge-Wonderlin　　　　　Home Depot U.S.A., Inc. d/b/a The

Home Depot

_____
J.